# Exhibit "A"

I, BISHER AL RAWI, UNDERSTAND THE TERM "NEXT FRIEND" AND I KNOW THAT

HAMID ALLAH MOWLOWI SAEDARA SAED ABD AL RAZAK (ISN 1119)                    (PASHTU)

WANTS LEGAL REPRESENTATION. HE HAS ASKED FOR A LAWYER, AND I ALSO KNOW THAT HE WOULD WANT ME TO ASSERT ANY LEGAL RIGHT HE MAY HAVE. I THEREFORE ACT AS HIS NEXT FRIEND AND ASK CLIVE STAFFORD SMITH TO GET HIM LEGAL REPRESENTATION.

DATED 2nd MAY, 2005.

*[signature]*
BISHER AL RAWI

*[signature]*
WITNESS

05 1601
FILED
AUG 1 0 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNCLASSIFIED    FOUO