IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HAMID AL RAZAK, *et al.*, | ) |
| Petitioners, | ) |
| v. | ) Civil Action No. 05-CV-01601 (GK) |
| GEORGE W. BUSH, President of the United States, *et al.*, | ) |
| Respondents. | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on August 31, 2005, copies of the foregoing were transmitted via

U.S. Mail, First Class, postage prepaid, to counsel for petitioner:

        Alan Sussman
        SUSSMAN OFFICE
        P.O. Box 379
        Bearsville, NY 12409
        (845) 679-6927

        /s/ Preeya M. Noronha
        PREEYA M. NORONHA
        United States Department of Justice
        Civil Division, Federal Programs Branch
        20 Massachusetts Ave., N.W.   Room 7226
        Washington, DC  20530
        Tel.:  (202) 514-3338
        Fax:  (202) 616-8202

        One of the Attorneys for Respondents