*PREVIOUSLY FILED WITH THE CSO*
*AND CLEARED FOR PUBLIC FILING*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAJID ABDULLA AL JOUDI, *et al.*,<br><br>Petitioners/Plaintiffs,<br><br>v.<br><br>GEORGE W. BUSH, *et al.*,<br><br>Respondents/Defendants. | Civil Action No. 05-0301 (GK) |
| JARALLAH AL-MARRI, *et al.*,<br><br>Petitioners/Plaintiffs,<br><br>v.<br><br>GEORGE W. BUSH, *et al.*,<br><br>Respondents/Defendants. | Civil Action No. 04-CV-2035 (GK) |
| MUHAMMAD AL-ADAHI, *et al.*,<br><br>Petitioners/Plaintiffs,<br><br>v.<br><br>GEORGE W. BUSH, *et al.*,<br><br>Respondents/Defendants. | Civil Action No. 05-CV-280 (GK) |
| HAMID AL RAZAK, *et al.*,<br><br>Petitioners/Plaintiffs,<br><br>v.<br><br>GEORGE W. BUSH, *et al.*,<br><br>Respondents/Defendants. | Civil Action No. 05-CV-1601 (GK) |

1

*PREVIOUSLY FILED WITH THE CSO*
*AND CLEARED FOR PUBLIC FILING*

### PROPOSED ORDER

Upon consideration of Petitioners' Motion to Compel Information Related to Medical Treatment, it is hereby

**ORDERED** that Petitioners' motion is hereby GRANTED; and it is

**FURTHER ORDERED** that Respondents shall provide:

1.  Immediate telephonic access between counsel and clients;

2.  Telephonic access between counsel, Next Friends, family members and clients;

3.  Access by counsel to records indicating Petitioners' medical treatment, meal schedules, punishment and hospitalization; and

4.  Immediate access to Guantánamo by representative counsel, where needed, to visit with and to ensure that they are receiving adequate medical treatment;

5.  Copies of Respondents' policies and actions taken with respect to the current and previous hunger strikes by detainees at Guantánamo.

**IT IS SO ORDERED.**

DATED: _____          _____

                                Hon. Gladys Kessler, U.S.D.J.