**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SALEH ABDULLA AL-OSHAN, *et al.*, ) | |
| ) | |
| Petitioners, ) | |
| ) | |
| v. ) | Civil Action No. 05-520 (RMU) |
| ) | |
| GEORGE W. BUSH, ) | |
| President of the United States, *et al.*, ) | |
| ) | |
| Respondents. ) | |
| | |
| NASSER MAZYAD AL-SUBAIY, *et al.*, ) | |
| ) | |
| Petitioners, ) | |
| ) | |
| v. ) | Civil Action No. 05-1453 (RMU) |
| ) | |
| GEORGE W. BUSH, ) | |
| President of the United States, *et al.*, ) | |
| ) | |
| Respondents. ) | |
| | |
| ABDULSALAM ALI ADULRAMAN AL-HELA, *et al.*, ) | |
| ) | |
| Petitioners, ) | |
| ) | |
| v. ) | Civil Action No. 05-1048 (RMU) |
| ) | |
| GEORGE W. BUSH, ) | |
| President of the United States, *et al.*, ) | |
| ) | |
| Respondents. ) | |

| | |
|---|---|
| SAEED MOHAMMED SALEH HATIM, *et al.*, | ) ) ) |
| Petitioners, | ) ) ) |
| v. | ) ) Civil Action No. 05-1429 (RMU) |
| GEORGE W. BUSH, President of the United States, *et al.*, | ) ) ) ) |
| Respondents. | ) ) |
| SALIM MOHAMMED ADAM BIN AMIR, *et al.*, | ) ) ) |
| Petitioners, | ) ) ) |
| v. | ) ) Civil Action No. 05-1724 (RMU) |
| GEORGE W. BUSH, President of the United States, *et al.*, | ) ) ) ) |
| Respondents. | ) ) |
| MAJID ABDULLA AL JOUDI, *et al.*, | ) ) ) |
| Petitioners, | ) ) ) |
| v. | ) ) Civil Action No. 05-301 (GK) |
| GEORGE W. BUSH, President of the United States, *et al.*, | ) ) ) ) |
| Respondents. | ) ) |

|  |  |
|---|---|
| JARALLAH AL-MARRI, *et al.*, | ) <br> ) <br> ) |
| Petitioners, | ) <br> ) |
| v. | ) Civil Action No. 04-2035 (GK) <br> ) |
| GEORGE W. BUSH, <br> President of the United States, *et al.,* | ) <br> ) <br> ) |
| Respondents. | ) <br> ) |
| MUHAMMAD AL-ADAHI, *et al.*, | ) <br> ) <br> ) |
| Petitioners, | ) <br> ) |
| v. | ) Civil Action No. 05-280 (GK) <br> ) |
| GEORGE W. BUSH, <br> President of the United States, *et al.,* | ) <br> ) <br> ) |
| Respondents. | ) <br> ) |
| HAMID AL RAZAK, *et al.*, | ) <br> ) <br> ) |
| Petitioners, | ) <br> ) |
| v. | ) Civil Action No. 05-1601 (GK) <br> ) |
| GEORGE W. BUSH, <br> President of the United States, *et al.,* | ) <br> ) <br> ) |
| Respondents. | ) <br> ) |

|  |  |
|---|---|
| MAHMOAD ABDAH, *et al.*, ) | |
| ) | |
| Petitioners, ) | |
| ) | |
| v. ) | Civil Action No. 04-1254 (HHK) |
| ) | |
| GEORGE W. BUSH, ) | |
| President of the United States, *et al.,* ) | |
| ) | |
| Respondents. ) | |

## NOTICE OF RECENT DECISION

Respondents hereby give notice of a recent decision by another Judge of this Court that is relevant to petitioners' various motions to compel access to counsel and information related to medical treatment in the above-captioned cases. On September 28, 2005, Judge Oberdorfer denied motions for preliminary injunctions concerning conditions of confinement and hunger strikes at Guantanamo that were filed by petitioners in El-Banna v. Bush, Case No. 04-1144 (RWR), Deghayes v. Bush, Case No. 04-2215 (RMC), Aziz v. Bush, Case No. 05-0492 (JR), Imran v. Bush, Case No. 05-0764 (CKK), and Al Habashi v. Bush, Case No. 05-0765 (EGS) ("Memorandum and Order") (attached as Exhibit A).[1] In denying the motions, Judge Oberdorfer relied on the declaration of Major General Jay W. Hood, which respondents have submitted in the above-captioned cases, to conclude that petitioners had not "carried their burden of proving an imminent threat by respondents to the health and life of the hunger-striking movants."

---

[1] The motions were assigned to Judge Oberdorfer through orders in the relevant cases transferring the motions to Judge Oberdorfer for decision.

Memorandum and Order at 5.[2]

Additionally, in response to the Court's September 26, 2005 Minute Orders in Al Joudi v. Bush, Case No. 05-0301 (GK), Al-Marri v. Bush, Case No. 04-2035 (GK), and Al-Adahi v. Bush, Case No. 05-280 (GK), which required petitioners to re-file their motions to compel with pertinent authority by September 28, 2005 and ordered respondents to respond by September 30, 2005, respondents rely on their Opposition to Petitioners' Motions to Compel Access to Counsel and Information Related to Medical Treatment that was filed on September 27, 2005 and this filing.

---

[2] Judge Oberdorfer reached this conclusion in the face of, among other things, allegations by petitioners in the cases before him that the medical staff at Guantanamo withholds treatment from detainees who are uncooperative with interrogators. See, e.g., El-Banna v. Bush, Case No. 04-1144 (RWR), Motion for a Preliminary Injunction Concerning Conditions of Confinement at 24 (dkt. no. 153) (Sept. 24, 2005). Petitioners in the above-captioned cases, except for Abdah v. Bush, Case No. 04-1254 (HHK), make these same allegations in their reply memoranda that were filed with the Court Security Officer on September 29, 2005. See Reply Memoranda at 12. Contrary to these assertions, and as noted in the sworn declaration of Dr. John S. Edmondson, the Commander of the U.S. Navy Hospital at Guantanamo, medical care is not affected by a detainee's degree of cooperation in interrogations, and medical records of detainees are not available to interrogators. Declaration of Dr. John S. Edmondson ¶ 10 (attached as Exhibit B; submitted in connection with the matters before Judge Oberdorfer as Exhibit B in Respondents' Memorandum in Opposition to Petitioners' Motion for a Preliminary Injunction Concerning Conditions of Confinement, see, e.g., El-Banna v. Bush, Case No. 04-1144 (RWR) (dkt. no. 150) (Sept. 9, 2005); originally submitted in O.K. v. Bush, Case No. 04-1136 (JDB), and filed on the public record with health information specific to petitioner O.K. redacted).

Dated: September 30, 2005

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

KENNETH L. WAINSTEIN
United States Attorney

DOUGLAS N. LETTER
Terrorism Litigation Counsel

    */s/* Edward H. White
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
TERRY M. HENRY
JAMES J. SCHWARTZ
PREEYA M. NORONHA
ROBERT J. KATERBERG
ANDREW I. WARDEN
NICHOLAS J. PATTERSON
EDWARD H. WHITE (D.C. Bar No. 468531)
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC  20530
Tel:  (202) 514-4107
Fax:  (202) 616-8470

Attorneys for Respondents