```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
_____
                                    :
MAJID ABDULLA AL-JOUDI,             :
et al.,                             :
                                    :
      Petitioners,                  :
                                    :
      v.                            :    Civil Action No. 05-301 (GK)
                                    :
GEORGE W. BUSH, et al.,             :
                                    :
      Respondents.                  :
_____:
JARALLAH AL-MARRI,                  :
et al.,                             :
                                    :
      Petitioners,                  :
                                    :
      v.                            :    Civil Action No. 04-2035 (GK)
                                    :
GEORGE W. BUSH, et al.,             :
                                    :
      Respondents.                  :
_____:
MUHAMMAD AL-ADAHI,                  :
et al.,                             :
                                    :
      Petitioners,                  :
                                    :
      v.                            :    Civil Action No. 05-280 (GK)
                                    :
GEORGE W. BUSH, et al.,             :
                                    :
      Respondents.                  :
_____:
HAMID AL RAZAK,                     :
et al.,                             :
                                    :
      Petitioners,                  :
                                    :
      v.                            :    Civil Action No. 05-1601 (GK)
                                    :
GEORGE W. BUSH, et al.,             :
                                    :
      Respondents.                  :
_____:
```

## ORDER

On or about September 19, 2005, Petitioners in the above-captioned cases filed an Emergency Motion to Compel Access to Counsel and Information Related to Petitioners' Medical Treatment ("Motion"). The Court set an expedited briefing schedule, and ordered the parties to re-file their briefs with relevant legal authority. Upon consideration of the revised Motion, Opposition, Reply, and supplemental materials, it is hereby

**ORDERED** that a hearing on this Motion in all the above-captioned cases shall take place on **Friday, October 14, 2005**, at **9:30 a.m.**.

          /s/
          Gladys Kessler
          United States District Judge

October 11, 2005

**Copies to**: Attorneys of Record via ECF