UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
HAMID AL RAZAK,                :
et al.,                        :
                               :
     Petitioners,              :
                               :
     v.                        :   Civil Action No. 05-1601 (GK)
                               :
GEORGE W. BUSH, et al.,        :
                               :
     Respondents.              :
_____:
```

### MEMORANDUM ORDER DIRECTING PETITIONER TO SHOW CAUSE

On August 10, 2005, Bisher Al Rawi, acting as next friend to the real party in interest, Al Razak, filed a Petition for Writ of Habeas Corpus ("Petition"), challenging Al Razak's detention at the United States Naval Base at Guantanamo Bay.  On August 31, 2005, Respondents filed a Motion for Order to Show Cause Why Case Should Not Be Dismissed for Lack of Proper "Next Friend" Standing, or in the Alternative, to Stay Proceedings Pending Related Appeals and For Continued Coordination.

In Whitmore v. Arkansas, 495 U.S. 149, 151 (1990), the Supreme Court addressed the issue of third party standing in the context of the American criminal justice system.  The Court held that to establish proper standing, a next friend must:  1) provide "an adequate explanation . . . why the real party in interest cannot appear on his own behalf to prosecute the action," and 2) demonstrate that he is "truly dedicated to the best interests of

the person on whose behalf he seeks to litigate." Id. at 163. With respect to the second requirement, the Court noted that "it has been further suggested that a 'next friend' must have some significant relationship with the real party in interest." Id. at 164.

The next friend Petition in this case merely asserts that Al Rawi understands the term "next friend," that Al Razak wants legal representation, and that Al Razak "would want [Al Rawi] to assert any legal right he may have." See Petition, Ex. A.  The Petition contains insufficient information to establish Al Razak's inability to bring suit on his own, or to demonstrate that Al Rawi is dedicated to Al Razak's best interests.  However, Petitioner has noted a variety of factors which may well have impacted his ability to provide such information.  For example, Al Razak is a resident of Afghanistan and is unfamiliar with the American legal system; he does not speak English; he has had very little, if any, contact with the outside world or his friends and family members for over three years; and at the time Petitioner's Opposition was filed, about a month after the Petition was filed, Al Razak still did not even know he was represented by counsel.  See Pet.'s Opp'n at 2-3.

Because the Petition appears to lack adequate information, it is hereby

**ORDERED** that counsel for Petitioner shall provide further information to show cause by **November 11, 2005,**[1] why this case

---

[1] The Court grants Petitioners 30 days to show cause because of the difficulties counsel has recounted in obtaining access to

2

should not be dismissed for lack of proper next friend standing; it is further

**ORDERED** that Respondents shall respond to Petitioners' submission by **November 25, 2005.**

October 11, 2005

/s/
Gladys Kessler
United States District Judge

**Copies to:**  Attorneys of Record via ECF

---

his client.  If counsel believes 30 days is insufficient, he is welcome to file a motion for an extension of time.

3