# EXHIBIT C

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**ADEL HAMLILY,**
through **SHAKER AAMER,**
as Next Friend of Adel Hamlily,

    **Petitioner,**

    v.

**GEORGE W. BUSH, et al.,**

    **Respondents.**

Civil Action No. 05-0763 (JDB)

## ORDER

Counsel for petitioners in this and several other cases have filed virtually identical motions for preliminary injunctions on behalf of petitioners, who are detainees at Guantanamo Bay. In several of those cases, the motions were referred to Senior Judge Louis F. Oberdorfer of this Court, pursuant to established court procedure. In a Memorandum and Order issued on September 28, 2005, Judge Oberdorfer denied the motions for a preliminary injunction concerning conditions of confinement that were before him. See Memorandum and Order of September 28, 2005, El-Banna v. Bush, Civil Action No. 04-1144 (D.D.C.) (consolidated motions). For the reasons stated by Judge Oberdorfer in his decision, petitioner's parallel motion for a preliminary injunction [Docket # 14] in this case is **DENIED** without prejudice. See also O.K. v. Bush, 377 F. Supp. 2d 102 (D.D.C. 2005).

/s/
JOHN D. BATES
United States District Judge

Dated:   October 3, 2005

-2-

Copies to:

James W. Beane, Jr.
803 Florida Ave., NW
Washington, DC 20001
Email:  beane.law@verizon.net
    *Counsel for petitioner*

Preeya M. Noronha
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W., Room 7144
Washington, DC 20530
Email:  preeya.noronha@usdoj.gov
    *Counsel for respondents*