UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
MAJID ABDULLA AL-JOUDI,      :
<u>et</u> <u>al.</u>,                       :
                             :
        Petitioners,         :
                             :
        v.                   :    Civil Action No. 05-301 (GK)
                             :
GEORGE W. BUSH, <u>et</u> <u>al.</u>,      :
                             :
        Respondents.         :
                             :
_____
JARALLAH AL-MARRI,           :
<u>et</u> <u>al.</u>,                       :
                             :
        Petitioners,         :
                             :
        v.                   :    Civil Action No. 04-2035 (GK)
                             :
GEORGE W. BUSH, <u>et</u> <u>al.</u>,      :
                             :
        Respondents.         :
                             :
_____
MUHAMMAD AL-ADAHI,           :
<u>et</u> <u>al.</u>,                       :
                             :
        Petitioners,         :
                             :
        v.                   :    Civil Action No. 05-280 (GK)
                             :
GEORGE W. BUSH, <u>et</u> <u>al.</u>,      :
                             :
        Respondents.         :
                             :
_____
HAMID AL RAZAK,              :
<u>et</u> <u>al.</u>,                       :
                             :
        Petitioners,         :
                             :
        v.                   :    Civil Action No. 05-1601 (GK)
                             :
GEORGE W. BUSH, <u>et</u> <u>al.</u>,      :
                             :
        Respondents.         :
_____

## ORDER

Petitioners originally filed filed a joint Emergency Motion to Compel Access to Counsel and Information Related to Petitioners' Medical Treatment ("Motion") in the above-captioned cases.  The Court set an expedited briefing schedule and ordered the parties to re-file their briefs with relevant legal authority.  Petitioners then re-filed their Motion as a Preliminary Injunction.  A hearing was held on October 14, 2005.

Petitioners are citizens of Qatar, Saudi Arabia, Yemen and Afghanistan.  Between, November 2004 and August 2005, they requested immediate issuance of a writ of habeas corpus, challenging their detention at the U.S. Naval Base at Guantanamo Bay, Cuba ("Guantanamo").  The Motion now before the Court arises out of the most recent hunger strike taking place at Guantanamo.

Petitioners each seek the same relief from the Court:  1) that representative counsel be granted immediate access to Guantanamo, for the purpose of assessing the medical condition of all Petitioners; 2) that counsel for Petitioners be granted immediate telephone access to their clients; 3) that counsel for Petitioners be granted immediate telephone access to Petitioners' next friends or family members; and 4) that Petitioners' counsel be given access to records regarding Petitioners' medical treatment, meal schedules, punishment and hospitalization, and Respondents' policies and actions taken with respect to the current and previous hunger strikes.

Upon consideration of the revised Motion, Opposition, Reply, supplemental materials, and arguments made at the Motion Hearing, it is hereby

**ORDERED** that the Government shall provide notice to Petitioners' counsel within 24 hours of the commencement of any forced feeding of their clients; it is further

**ORDERED** that for those Petitioners who are being force fed, the Government shall provide to Petitioners' counsel:

    a.  medical records spanning the period beginning one week prior to the date forced feeding commenced; and

    b.  provision of medical records shall continue, at a minimum, on a weekly basis until forced feeding concludes; and it is further

**ORDERED** that Petitioners' request for telephonic access to their clients, next friends, and/or their family members is **denied.**


                               /s/
                               GLADYS KESSLER
                               U.S. District Judge

Date:  October 26, 2005



**Copies to:**  Attorneys of Record via ECF