UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| HAMID AL RAZAK, *et al.*, <br><br> Petitioners, <br><br> v. <br><br> GEORGE W. BUSH, *et al.*, <br><br> Respondents. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 05-1601 (GK) <br> ) <br> ) <br> ) <br> ) <br> ) |

## ORDER

  Government respondents in the above-captioned case filed a Motion for Order to Show Cause Why Case Should Not Be Dismissed for Lack of Proper "Next Friend" Standing or, in the Alternative, to Stay Proceedings Pending Related Appeals [dkt no. 2]. Judge Kessler granted that Motion for Order to Show Cause on October 11, 2005 [dkt no. 11], and Petitioners accordingly filed a Response to Order to Show Cause on November 9, 2005 [dkt no. 17]. On November 14, 2005, Judge Kessler granted Petitioners' motion to transfer the October 11, 2005 Order to Show Cause to the undersigned.[1]

  Respondents have filed virtually identical motions for orders to show cause in several other cases involving Guantanamo detainees; six such motions were transferred to the undersigned at an earlier date. For each of those previously transferred motions, Petitioners were ordered to show cause by November 18, 2005, with any response from the Respondents due by November 28, 2005. In addition, a hearing was scheduled for Monday, December 5, 2005, and

---

[1] See Minute Order of Nov. 14, 2005.

Petitioners and Respondents were further ordered to consult with Magistrate Judge Kay "to discuss how counsel for Petitioners may obtain access to the detainees who allegedly seek to be represented by next friends to determine if the detainees will authorize counsel to represent them directly."

Accordingly, it is this 22nd day of November, 2005, hereby:

ORDERED: that Petitioners' Response to Order to Show Cause [dkt no. 17] shall be treated as a response to this Court's November 4, 2005 Order to Show Cause; and it is further

ORDERED: that Respondents may file a response on or before <u>Monday, November 28, 2005</u>; and it is further

ORDERED: that a hearing on the Order to Show Cause will be held on <u>Monday, December 5, 2005, at 11:00 a.m. in Courtroom 3</u>; and it is further

ORDERED: that Petitioners and Respondents consult with Magistrate Judge Kay as soon as is practicable (but in any event before the hearing) to discuss how counsel for Petitioners may obtain access to the detainees who allegedly seek to be represented by next friends to determine if the detainees will authorize counsel to represent them directly.

/s/

Louis F. Oberdorfer
UNITED STATES DISTRICT JUDGE