UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AHMED DOE, *et al.*, ) | |
| ) | |
| Petitioners, ) | |
| ) | |
| v. ) | Civil Action No. 05-1458 (ESH) |
| ) | |
| GEORGE W. BUSH, *et al.*, ) | |
| ) | |
| Respondents. ) | |
| ) | |
| NABIL, *et al.*, ) | |
| ) | |
| Petitioners, ) | |
| v. ) | Civil Action No. 05-1504 (RMC) |
| ) | |
| GEORGE W. BUSH, *et al.*, ) | |
| ) | |
| Respondents. ) | |
| ) | |
| ABBAR SUFIAN AL HAWARY, *et al.*, ) | |
| ) | |
| Petitioners, ) | |
| ) | |
| v. ) | Civil Action No. 05-1505 (RMC) |
| ) | |
| GEORGE W. BUSH, *et al.*, ) | |
| ) | |
| Respondents. ) | |

| | |
|---|---|
| **SHAFIIQ**, *et al.*,            ) <br> ) <br> Petitioners,      ) <br> ) <br> v.                             ) <br> ) <br> **GEORGE W. BUSH**, *et al.*,   ) <br> ) <br> Respondents.    ) <br> ) | Civil Action No. 05-1506 (RMC) |
| **HAMID AL RAZAK**, *et al.*,    ) <br> ) <br> Petitioners,    ) <br> ) <br> v.                             ) <br> ) <br> **GEORGE W. BUSH**, *et al.*,   ) <br> ) <br> Respondents.    ) <br> ) | Civil Action No. 05-1601 (GK) |
| **SADAR DOE**, *et al.*,         ) <br> ) <br> Petitioner,     ) <br> ) <br> v.                             ) <br> ) <br> **GEORGE W. BUSH**, *et al.*,   ) <br> ) <br> Respondents.    ) <br> ) | Civil Action No. 05-1704 (JR) |

2

| | |
|---|---|
| **MUHAMMAED QASIM,** *et al.* ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> **GEORGE W. BUSH,** *et al.*, ) <br> ) <br> Respondents. ) <br> ) | Civil Action No. 05-1779 (JDB) |

## ORDER

It is this 1st day of December, 2005, hereby:

ORDERED: that, without objection, the hearing scheduled for <u>Monday, December 5, 2005, at 11:00 a.m. in Courtroom 3</u> is CONTINUED, pending further order.

/s/

Louis F. Oberdorfer
UNITED STATES DISTRICT JUDGE