UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| HAMID AL RAZAK, | : | |
| by his Next Friend | : | |
| BISHER AL RAWI, | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Civil Action No. 05-1601 (GK) |
| | : | |
| GEORGE W. BUSH, *et al.*, | : | |
| | : | |
| Respondents. | : | |

## ORDER

Petitioner's Motion for Expedited Entry of the Protective Order is hereby **granted**. The following orders entered in the *In re Guantanamo Bay Detainee Cases* shall be fully applicable in this case as if entered herein: (1) Amended Protective Order and Procedures for Counsel Access to Detainees at the United States Naval Base in Guantanamo Bay, Cuba, issued November 8, 2004, (344 F. Supp.2d 174 (D.D.C. 2004)); (2) Order Addressing Designation Procedures for "Protected Information," issued November 10, 2004; and (3) Order Supplementing and Amended Filing Procedures Contained in November 8, 2004 Amended Protective Order, issued December 13, 2004.

**SO ORDERED**.

/s/
Gladys Kessler
United States District Judge

September 15, 2006

**Copies via ECF to all counsel of record**