IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HAMID AL RAZAK, *et al.*, ) | |
| ) | |
| Petitioners, ) | |
| ) | |
| v. ) | Civil Action No. 05-CV-1601 (GK) |
| ) | |
| GEORGE W. BUSH, ) | |
| President of the United States, ) | |
| *et al.*, ) | |
| ) | |
| Respondents. ) | |

**RESPONDENTS' RESPONSE TO THE COURT'S SEPTEMBER 19, 2006 MINUTE ORDER REGARDING IDENTIFICATION OF PETITIONER HAMID AL RAZAK**

Respondents hereby respectfully submit this response to the Court's September 19, 2006 Minute Order, requiring respondents to "serve upon Petitioner's counsel a statement as to whether Petitioner is incarcerated at Guantanamo Bay and what [h]is correct Internment Serial Number (ISN) is no later than October 15, 2006."

Because of the numerous names and aliases often used by Guantanamo Bay detainees, respondents in this case relied upon the identification of petitioner supplied by counsel and the next friend petitioner as detainee ISN 1119, who is an Afghan detainee listed in respondents' records as "Hamidullah," and respondents have proceeded in this litigation on that basis. Indeed, the name of detainee ISN 1119 and the name supplied by the purported next friend — "Hamid Allah Mowlowi Saedara Saed Abd Al Razak" — share the commonality that "Hamidullah" appears to be a combination of the first two words of the purported petitioner's name, "Hamid" and "Allah." Further, the Department of Defense has reviewed its records and cannot locate any detainee other than detainee ISN 1119 with a name that matches or sufficiently resembles

"Hamid Allah Mowlowi Saedara Saed Abd Al Razak," the name provided by the next friend petitioner in this case. Thus, based on the information available to respondents as described herein, respondents have determined that petitioner Hamid Al Razak is ISN 1119, an individual who is presently detained at Guantanamo Bay.

Dated: October 13, 2006                Respectfully submitted,

                                          PETER D. KEISLER
                                          Assistant Attorney General

                                          DOUGLAS N. LETTER
                                          Terrorism Litigation Counsel

                                          /s/ Preeya M. Noronha
                                          JOSEPH H. HUNT (D.C. Bar No. 431134)
                                          VINCENT M. GARVEY (D.C. Bar No. 127191)
                                          TERRY M. HENRY
                                          JAMES J. SCHWARTZ
                                          PREEYA M. NORONHA
                                          ROBERT J. KATERBERG
                                          NICHOLAS J. PATTERSON
                                          ANDREW I. WARDEN
                                          EDWARD H. WHITE
                                          Attorneys
                                          United States Department of Justice
                                          Civil Division, Federal Programs Branch
                                          20 Massachusetts Ave., N.W.
                                          Washington, DC  20530
                                          Tel:  (202) 514-4107
                                          Fax:  (202) 616-8470

                                          Attorneys for Respondents