CLEARED FOR FILING BY THE COURT SECUITY OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HAMID AL RAZAK, | ) |
|       *Petitioner,* | ) No. 05-CV-1601(GK) |
| v. | ) |
| GEORGE W. BUSH, *et al.,* | ) |
|       *Respondents*. | ) |

**PETITIONERS' NOTICE REGARDING THE UNCONSTITUTIONALITY OF THE MILITARY COMMISSIONS ACT OF 2006**

Petitioner respectfully gives notice that at the appropriate time they intend to argue, *inter alia*, that the Military Commissions Act of 2006, Pub. L. No. 109-366 ("MCA"), which purports to suspend the right of habeas corpus "of an alien detained by the United States who has been determined by the United States to have been properly detained as an enemy combatant or is awaiting such determination," *id.* at Sec. 7, is invalid under the Suspension Clause, Article I, Sec. 9, Clause 2, of the United States Constitution and under the common law right of Habeas Corpus. The constitutional validity of the MCA is currently being briefed before the District of Columbia Circuit Court of Appeals in the pending appeals, *Boumediene* v. *Bush*, No. 05-5062 (D.C. Cir.), and *Al Odah* v. *United States*, No. 05-5064 (D.C. Cir.), resolution of which Petitioners in the above-captioned cases await.

Dated: November 16, 2006                               COUNSEL FOR PETITIONER:


Of Counsel:

    Barbara Olshansky
    Deputy Director
    CENTER FOR CONSTITUTIONAL
    RIGHTS                                              _____
    666 Broadway, 7th Floor                             Alan N. Sussman
    New York, NY 10012                                  Post Office Box 379
    Telephone:   (212) 614-6439                         Bearsville, New York  12409
                                                        Telephone:   (845) 679-6927
                                                        Facsimile:   (845) 679*6927

**CERTIFICATE OF SERVICE**

I hereby certify that true and correct copies of the Petitioner's Notice Regarding the Unconstitutionality of the Military Commissions Act of 2006 was served upon the following person by e-mail on the 21st day of November, 2006:

Preeya M. Noronha
Trial Attorney
Civil Division
Federal Programs Branch
20 Massachusetts Ave., NW
Washington, D.C.  20530
E-Mail:  preeya.noronha@usdoj.gov

And upon the following person by Certified Mail, Return Receipt Requested:

Alberto R. Gonzales
Attorney General of United States
U.S. Department of Justice
Robert F. Kennedy Building, Room 5111
Tenth Street & Constitution Ave., NW
Washington, D.C. 20530

                                                                                    _____
                                                                                    ALAN N. SUSSMAN