IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HAMID AL RAZAK,<br><br>      Petitioner,<br><br>v.<br><br>GEORGE W. BUSH, *et al.*,<br><br>      Respondents. | Civil Action No. 05-CV-1601 (GK) (AK) |

## PETITIONER'S NOTICE OF FILING

Pursuant to the November 10, 2004 Order Supplementing and Amending Filing Procedures contained in the November 8, 2004 Amended Protective Order, Petitioner hereby gives notice that on this 14th day of November, 2006, the following submissions were sent by overnight courier to the Court Security Officer: i) Petitioner's Memorandum in Opposition to Respondents' Objection to Magistrate Judge's October Report and Recommendation Denying the government's Motion to Dismiss for Lack of Next Friend Standing; and ii) Notice of Unconstitutionality of Military Commissions Act of 2006.

Dated: November 16, 2006                    COUNSEL FOR PETITIONERS:

Of Counsel:

Barbara Olshansky
Deputy Director
CENTER FOR CONSTITUTIONAL              /s/
RIGHTS                                      Alan N. Sussman
666 Broadway, 7th Floor                   Post Office Box 379
New York, NY 10012                      Bearsville, New York  12409
Telephone:    (212) 614-6439           Telephone:   (845) 679-6927
                                                         Facsimile:    (845) 679-6927

## CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of the Petitioner's Notice of Filing was served upon the following person by e-mail on the 21st day of November, 2006:

Preeya M. Noronha
Trial Attorney
Civil Division
Federal Programs Branch
20 Massachusetts Ave., NW
Washington, D.C. 20530
E-Mail:  preeya.noronha@usdoj.gov

And upon the following person by Certified Mail, Return Receipt Requested:

Alberto R. Gonzales
Attorney General of United States
U.S. Department of Justice
Robert F. Kennedy Building, Room 5111
Tenth Street & Constitution Ave., NW
Washington, D.C. 20530

                                                                ALAN N. SUSSMAN