IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| HAMID AL RAZAK, *et al.*, | ) | |
| | ) | |
| Petitioners, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-CV-1601 (GK) |
| | ) | |
| GEORGE W. BUSH, | ) | |
| President of the United States, | ) | |
| *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

**RESPONDENTS' RESPONSE TO THE COURT'S SEPTEMBER 19, 2006
MINUTE ORDER REGARDING FACTUAL RETURN PERTAINING TO
PETITIONER HAMID AL RAZAK**

In response to the Court's September 19, 2006 Minute Order, respondents hereby submit,

as explained herein, the portion of the final record of proceedings before the Combatant Status

Review Tribunal pertaining to petitioner FNU (First Name Unknown) Hamidullah (whom

respondents have identified as Detainee ISN 1119, see Respondents' Response to the Court's

September 19, 2006 Minute Order Regarding Identification of Petitioner Hamid Al Razak (dkt.

no. 35), that is suitable for public release. See Exhibit A. The remaining portions of the record,

including information that is classified or otherwise not suitable for public release, are not

submitted herewith. For the reasons explained in the record, including the portion of the record

suitable for public release which is attached hereto, petitioner FNU Hamidullah has been

determined to be an enemy combatant. Accordingly, petitioner FNU Hamidullah is lawfully

subject to detention pursuant to the President's power as Commander in Chief or otherwise, and

is being detained.[1]

Dated: December 15, 2006                    Respectfully submitted,

                                            PETER D. KEISLER
                                            Assistant Attorney General

                                            DOUGLAS N. LETTER
                                            Terrorism Litigation Counsel

                                            _____/s/ Preeya M. Noronha_____
                                            JOSEPH H. HUNT (D.C. Bar No. 431134)
                                            VINCENT M. GARVEY (D.C. Bar No. 127191)
                                            TERRY M. HENRY
                                            JAMES J. SCHWARTZ
                                            PREEYA M. NORONHA
                                            ROBERT J. KATERBERG
                                            NICHOLAS J. PATTERSON
                                            ANDREW I. WARDEN
                                            EDWARD H. WHITE
                                            Attorneys
                                            United States Department of Justice

---

[1] On December 30, 2005, the Detainee Treatment Act of 2005, Pub. L. No. 109-148, tit. X, 119 Stat. 2680 ("the DTA"), became law. The DTA, among other things, amends 28 U.S.C. § 2241 and creates an exclusive review mechanism in the D.C. Circuit, applicable to pending cases, to address the validity of the detention of aliens held by the Department of Defense as enemy combatants at Guantanamo Bay, Cuba. The effect of the DTA on cases such as this, i.e., the extent to which the vesting of exclusive review in the Court of Appeals deprives this Court of jurisdiction to proceed, remains pending before the Court of Appeals. Moreover, on October 17, 2006, the Military Commissions Act of 2006, Pub. L. No. 109-366 (2006) ("the MCA"), became law. The MCA, among other things, amends 28 U.S.C. § 2241 to eliminate district court jurisdiction to consider habeas petitions, as well as any other action "relating to any aspect of the detention, transfer, treatment, trial, or conditions of confinement," of aliens detained by the United States as enemy combatants. See id. § 7. The MCA expressly applies the amendment "to all cases, without exception, pending on or after the date of the enactment of this Act," which would include the above-captioned case, thereby unambiguously divesting this Court of jurisdiction over this action. The D.C. Circuit recently ordered supplemental briefing on the effect of the MCA on the pending appeals, which was completed on November 20, 2006. Notwithstanding these developments, pursuant to the Court's September 19, 2006 Minute Order, respondents hereby submit a factual return pertaining to petitioner FNU Hamidullah.

- 2 -

Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC  20530
Tel:  (202) 514-4107
Fax:  (202) 616-8470

Attorneys for Respondents