IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HAMID AL RAZAK, et al., | : |
| *Petitioners/Plaintiffs*, | : |
| v. | : Case No. 1:05-CV-1601 (GK) |
| GEORGE W. BUSH, et al., | : |
| *Respondents/Defendants*. | : |

**ENTRY OF APPEARANCE AND ATTORNEY
CERTIFICATION PURSUANT TO L. CV. R. 83.2(g)**

The undersigned counsel, Peter M. Ryan, hereby (1) enters his appearance as one of the counsel for petitioners in the above-captioned case; and (2) certifies pursuant to L. Cv. R. 83.2(g) that he is a member in good standing of the Bar of the Commonwealth of Pennsylvania and is providing representation to petitioners without compensation.

Dated: March 13, 2007

/s/ Peter M. Ryan
Peter M. Ryan
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808
(215) 994-2449
Fax: (215) 655-2449

*Counsel for Petitioners*

## CERTIFICATE OF SERVICE

I, Peter M. Ryan, hereby certify that on March 13, 2007, I caused to be served via email a true and correct copy of the foregoing Entry of Appearance and Attorney Certification Pursuant to L. Cv. R. 83.2(g), on counsel of record for Respondents as follows:

Judry Laeb Subar
Judry.Subar@usdoj.gov
United States Department of Justice
Civil Division - Federal Programs Branch
20 Massachusetts Avenue, N.W., Room 7342
Washington, D.C. 20530
(202) 514-3969

Terry M. Henry
Terry.Henry@usdoj.gov
Senior Trial Attorney
United States Department of Justice
Civil Division - Federal Programs Branch
20 Massachusetts Avenue, N.W., Room 7144
Washington, D.C. 20530
(202) 514-4107

_____
Peter M. Ryan