IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HAMID AL RAZAK, *et al.*,<br><br>*Petitioners/Plaintiffs*,<br><br>v.<br><br>GEORGE W. BUSH, *et al.*,<br><br>*Respondents/Defendants*. | Case No. 1:05-CV-1601 (GK) |

### ENTRY OF APPEARANCE

The undersigned counsel, Rebecca P. Dick, hereby enters her appearance as one of the counsel for petitioners in the above-captioned case.

Dated: March 26, 2007

Rebecca P. Dick
D.C. Bar No. 463197
DECHERT LLP
1775 Eye St., N.W.
Washington, D.C. 20006
(202) 261-3432
Fax: (202) 261-3333

*Counsel for Petitioners*

## CERTIFICATE OF SERVICE

      I, Rebecca P. Dick, hereby certify that on March 26, 2007, I caused to be served via email a true and correct copy of the foregoing Entry of Appearance on counsel of record for Respondents as follows:

Judry Laeb Subar
Judry.Subar@usdoj.gov
United States Department of Justice
Civil Division - Federal Programs Branch
20 Massachusetts Avenue, N.W., Room 7342
Washington, D.C. 20530
(202) 514-3969

Terry M. Henry
Terry.Henry@usdoj.gov
Senior Trial Attorney
United States Department of Justice
Civil Division - Federal Programs Branch
20 Massachusetts Avenue, N.W., Room 7144
Washington, D.C. 20530
(202) 514-4107

                                        /s/ Rebecca P. Dick
                                        Rebecca P. Dick