IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HAMID AL RAZAK, et al., | : |
| Petitioners/Plaintiffs, | : |
| v. | : Case No. 1:05-CV-1601 (GK) |
| GEORGE W. BUSH, et al., | : |
| Respondents/Defendants. | : |

## ACKNOWLEDGMENT

The undersigned hereby acknowledges that he has read the Protective Order entered in the United States District Court for the District of Colombia in the case captioned *Al Razak, et al. v. Bush, et al.*, No. 05-CV-1601 (GK), understands its terms, and agrees to be bound by each of those terms. Specifically, and without limitation, the undersigned agrees not to use or disclose any protected information or documents made available to him other than as provided by the Protective Order. The undersigned acknowledges that his duties under the Protective Order shall survive the termination of this case and are permanently binding, and that failure to comply with the terms of the Protective Order may result in the imposition of sanctions by the Court.

Dated: March 16, 2007

_____
Mohammed Abeeb Popalzai
10198 Quiet Pond Terrace
Burke, VA 22015
Telephone: 703.250.3665

## **CERTIFICATE OF SERVICE**

I, Peter M. Ryan, hereby certify that on April 12, 2007, I caused to be served via email a true and correct copy of the foregoing Acknowledgment, on counsel of record for Respondents as follows:

Judry Laeb Subar
Judry.Subar@usdoj.gov
United States Department of Justice
Civil Division - Federal Programs Branch
20 Massachusetts Avenue, N.W., Room 7342
Washington, D.C. 20530
(202) 514-3969

Terry M. Henry
Terry.Henry@usdoj.gov
Senior Trial Attorney
United States Department of Justice
Civil Division - Federal Programs Branch
20 Massachusetts Avenue, N.W., Room 7144
Washington, D.C. 20530
(202) 514-4107

_____
Peter M. Ryan