IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HAMID AL RAZAK, *et al.*, | : |
| *Petitioners/Plaintiffs*, | : |
| v. | : Case No. 1:05-CV-1601 (GK) |
| GEORGE W. BUSH, *et al.*, | : |
| *Respondents/Defendants*. | : |

## ACKNOWLEDGMENT

The undersigned hereby acknowledges that she has read the Protective Order entered in the United States District Court for the District of Colombia in the case captioned *Al Razak, et al. v. Bush, et al.*, No. 05-CV-1601 (GK), understands its terms, and agrees to be bound by each of those terms. Specifically, and without limitation, the undersigned agrees not to use or disclose any protected information or documents made available to her other than as provided by the Protective Order. The undersigned acknowledges that her duties under the Protective Order shall survive the termination of this case and are permanently binding, and that failure to comply with the terms of the Protective Order may result in the imposition of sanctions by the Court.

Dated: ~~March~~ April 8, 2007

Mahvish Khan
5775 Chelsea Avenue
La Jolla, CA 92037
Telephone: 858.456.3875

**CERTIFICATE OF SERVICE**

      I, Peter M. Ryan, hereby certify that on April 12, 2007, I caused to be served via email a true and correct copy of the foregoing Acknowledgment, on counsel of record for Respondents as follows:

    Judry Laeb Subar
    Judry.Subar@usdoj.gov
    United States Department of Justice
    Civil Division - Federal Programs Branch
    20 Massachusetts Avenue, N.W., Room 7342
    Washington, D.C. 20530
    (202) 514-3969

    Terry M. Henry
    Terry.Henry@usdoj.gov
    Senior Trial Attorney
    United States Department of Justice
    Civil Division - Federal Programs Branch
    20 Massachusetts Avenue, N.W., Room 7144
    Washington, D.C. 20530
    (202) 514-4107

                                        _____
                                            Peter M. Ryan