IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HAMID AL RAZAK, *et al.*, | : |
| *Petitioners/Plaintiffs*, | : |
| v. | : Case No. 1:05-CV-1601 (GK) |
| GEORGE W. BUSH, *et al.*, | : |
| *Respondents/Defendants*. | : |

## NOTICE OF FILING

TO THE COURT AND COUNSEL FOR RESPONDENTS:

PLEASE TAKE NOTICE THAT, in compliance with the Amended Protective Order in this matter, Petitioner has today submitted the following documents to the Court's designated Court Security Officer:

- Petitioner's Motion to Stay and Abey His Habeas Corpus Action or, In the Alternative, Transfer It to the Court of Appeals;

- Petitioner's Brief in Opposition to Respondents' Motion to Dismiss and in Support of Petitioner's Motion to Stay and Abey His Habeas Corpus Action or, in the Alternative, Transfer It to the Court of Appeals; and

- Declaration of Rebecca P. Dick in Support of Brief in Opposition to Respondents' Motion to Dismiss and in Support of Petitioner's Motion to Stay and Abey Their His Corpus Action or, in the Alternative, Transfer It to the Court of Appeals (including Exhibits A – B).

May 3, 2007

_[signature]_

Rebecca P. Dick
Carolyn M. Welshhans
Dechert LLP
1775 I Street, N.W.
Washington, D.C. 20006
Tel:    (202) 261-3396
Fax:    (202) 261-3333