IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

HAMID AL RAZAK, *et al.*,

    Petitioner/Plaintiffs,

    v.

GEORGE W. BUSH, *et al.*

    Respondents/Defendants.

Case No. 1:05-CV-1601 (GK)

## DECLARATION OF REBECCA P. DICK
## IN SUPPORT OF PETITIONER'S BRIEF IN OPPOSITION
## TO RESPONDENTS' MOTION TO DISMISS AND IN
## SUPPORT OF PETITIONER'S MOTION TO STAY AND ABEY THIS ACTION,
## OR IN THE ALTERNATIVE, TRANSFER IT TO THE COURT OF APPEALS

I, Rebecca P. Dick, make the following statements to the best of my personal knowledge and belief:

1. I am an attorney at the law firm of Dechert LLP, 1775 Eye St., N.W., Washington, D.C. 20006. I am licensed to practice law in the District of Columbia and the State of New York. I make this declaration in support of the Petitioner's Brief in Opposition to Respondents' Motion to Dismiss and in Support of Petitioner's Motion to Stay and Abey this Action or, in the Alternative, Transfer it to the Court of Appeals.

2. Attached hereto as Exhibit A is a true and correct copy of the Slip Opinion in *Boumediene v. Bush*, No. 06-1195 (U.S. April 2, 2007)

3. Attached hereto as Exhibit B is a true and correct copy of Respondents' Proposed Protective Order in *Bismullah v. Rumsfeld*, No. 06-1197, a Detainee Treatment Act appeal by a Guantanamo detainee.

I declare under penalty of perjury that the foregoing is true to the best of my knowledge and belief. Executed on May 3, 2007.

*[signature]*
Rebecca P. Dick