IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

HAMID AL RAZAK, *et al.*,

    Petitioner/Plaintiffs,

v.

GEORGE W. BUSH, *et al.*

    Respondents/Defendants.

Case No. 1:05-CV-1601(GK)

## ORDER

The Court having considered Petitioner's Motion to Stay and Abey this action and Respondents' Motion to Dismiss,

IT IS HEREBY ORDERED that Petitioner's Motion be and it hereby is GRANTED. This action shall be stayed and held in abeyance pending Petitioner's exhaustion of his remedies under the Detainee Treatment Act, including a final judicial determination of the constitutional adequacy of those remedies as a substitute for habeas corpus rights.

IT IS FURTHER ORDERED that the September 19, 2006, Protective Order and Case Management Order in this action shall remain in full force and effect at all times during such stay and abeyance.

IT IS FURTHER ORDERED that Respondents' Motion to Dismiss be and it hereby is DENIED without prejudice at this time.

Dated: _____

                                                   Gladys Kessler
                                                 United States District Judge