IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **HAMID AL RAZAK**, *et al.*, | : |
| *Petitioners/Plaintiffs*, | : |
| v. | : Case No. 1:05-CV-1601 (GK) |
| **GEORGE W. BUSH**, *et al.*, | : |
| *Respondents/Defendants*. | : |

**ENTRY OF APPEARANCE AND ATTORNEY
CERTIFICATION PURSUANT TO L. CV. R. 83.2(g)**

The undersigned counsel, Nauman S. Malik, hereby (1) enters his appearance as one of the counsel for petitioners in the above-captioned case; and (2) certifies pursuant to L. Cv. R. 83.2(g) that he is a member in good standing of the Bars of the District of Columbia and the State of New York and is providing representation to petitioners without compensation.

_____
Nauman S. Malik
DECHERT LLP
1775 Eye Street, N.W.
Washington, D.C. 20006
(202) 261-3387
Fax: (202) 261-3333

*Counsel for Petitioners*

Dated: June 11, 2007

## CERTIFICATE OF SERVICE

I, Carolyn M. Welshhans, hereby certify that on June 11, 2007, I caused to be served via email a true and correct copy of the foregoing Entry of Appearance of Nauman S. Malik Pursuant to L. Cv. R. 83.2(g) on counsel of record for Respondents as follows:

Judry Laeb Subar
Judry.Subar@usdoj.gov
United States Department of Justice
Civil Division - Federal Programs Branch
20 Massachusetts Avenue, N.W., Room 7342
Washington, D.C. 20530
(202) 514-3969

Terry M. Henry
Terry.Henry@usdoj.gov
Senior Trial Attorney
United States Department of Justice
Civil Division - Federal Programs Branch
20 Massachusetts Avenue, N.W., Room 7144
Washington, D.C. 20530
(202) 514-4107

/s/ Carolyn M. Welshhans
Carolyn M. Welshhans