IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HAMID AL RAZAK, *et al.*, <br><br> *Petitioners/Plaintiffs,* <br><br> v. <br><br> GEORGE W. BUSH, *et al.*, <br><br> *Respondents/Defendants.* | Case No. 1:05-CV-1601 (GK) |

NOTICE OF GRANT OF *CERTIORARI*
IN *BOUMEDIENE v. BUSH* AND *AL ODAH v. BUSH*

Petitioner respectfully advises the Court that on June 29, 2007, the Supreme Court granted the petitions for *certiorari* in *Boumediene v. Bush*, No. 06-1195, and *Al Odah v. Bush*, No. 06-1196, having reconsidered and then vacated its orders of April 2, 2007, denying those petitions. Accordingly, this Court should deny Respondents' motion to dismiss Petitioner's *habeas corpus* petition, since that motion was based on the Court of Appeals decisions that the Supreme Court has now decided to review.

Respectfully submitted,

Rebecca P. Dick
D.C. Bar No. 463197
Carolyn M. Welshhans
D.C. Bar No. 489120
DECHERT LLP
1775 I Street, N.W.
Washington, D.C. 20006
(202) 261-3300 (Tel.)
(202) 261-3333 (Fax)

George G. Gordon

Peter M. Ryan
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808
(215) 994-4000 (Tel.)

Daniel C. Malone
DECHERT LLP
30 Rockefeller Plaza
New York, New York 10112
(212) 698-3500 (Tel.)

Counsel for Petitioner

July 2, 2007

## CERTIFICATE OF SERVICE

I, Rebecca P. Dick, hereby certify that on July 2, 2007, I caused to be served via e-mail true and correct copies of the Petitioner's Notice of Supreme Court Request in *Boumediene v. Bush*, on counsel of record for Respondents as follows:

Judry L. Subar
Judy.Subar@usdoj.gov
United States Department of Justice
Civil Division - Federal Programs Branch
20 Massachusetts Avenue, N.W., Room 7144
Washington, D.C. 20530

Terry M. Henry
Terry.Henry@usdoj.gov
Senior Trial Attorney
United States Department of Justice
Civil Division - Federal Programs Branch
20 Massachusetts Avenue, N.W., Room 7144
Washington, D.C. 20530

Andrew I. Warden
Andrew.Warden@usdoj.gov
Trial Attorney
United States Department of Justice
Civil Division - Federal Programs Branch
20 Massachusetts Avenue, N.W., Room 7144
Washington, D.C. 20530

_____
Rebecca P. Dick