IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RAZAK, et al.,** | : |
| *Petitioners/Plaintiffs,* | : |
| v. | : Case No. 1:05-CV-1601 (GK) |
| **GEORGE W. BUSH, et al.,** | : |
| *Respondents/Defendants.* | : |

## NOTICE OF WITHDRAWAL AS COUNSEL

The undersigned counsel, Carolyn M. Welshhans, hereby respectfully provides notice of her withdrawal as counsel in the above-captioned matter because she is leaving the employment of Dechert LLP. Consent of the party represented, Hamid Al Razak, cannot be obtained pursuant to L. Cv. R. 83.6 because he is imprisoned at the United States Naval Station at Guantanamo Bay, Cuba. Lead counsel remains as counsel on this case.

Dated: September 14, 2007

/s/ Carolyn M. Welshhans
Carolyn M. Welshhans
DECHERT LLP
1775 I Street, N.W.
Washington, D.C. 20006
(202) 261-3396
Fax: (202) 261-3333
United States District Court for the District of
Columbia Bar No.: 489120

*Counsel for Petitioners*

## CERTIFICATE OF SERVICE

I, Carolyn M. Welshhans, hereby certify that on September 14, 2007, I caused to be served via e-mail a true and correct copy of the foregoing on counsel of record for Respondents as follows:

Terry M. Henry
Terry.Henry@usdoj.gov
Senior Trial Attorney
United States Department of Justice
Civil Division - Federal Programs Branch
20 Massachusetts Avenue, N.W., Room 7144
Washington, D.C. 20530

Andrew I. Warden
Andrew.Warden@usdoj.gov
Trial Attorney
United States Department of Justice
Civil Division - Federal Programs Branch
20 Massachusetts Avenue, N.W., Room 7144
Washington, D.C. 20530

_____
Carolyn M. Welshhans