IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HAMID AL RAZAK, | ) |
| *Petitioner/Plaintiff,* | ) |
| v. | ) Civil Action No. 1:05-CV-1601 (GK) |
| GEORGE W. BUSH, et al., | ) |
| *Respondents/Defendants.* | ) |
| In re GUANTANAMO BAY DETAINEES LITIGATION | ) Misc. No. 08-442 |

## NOTICE OF APPEARANCE

Pursuant to L.C.v.R. 83.6(a), I hereby submit my notice of appearance as counsel for the Petitioner in the above-captioned matter.

Respectfully submitted,

Tara R. Kelly
D.C. Bar No. 438241

DECHERT LLP
1774 I St., N.W.
Washington, D.C. 20006
(202) 261-3329
tara.kelly@dechert.com

July 29, 2008

## **CERTIFICATE OF SERVICE**

I, Tara R. Kelly, hereby certify that on July 29, 2008, I caused to be served via electronic filing a true and correct copy of the foregoing Notice of Appearance on counsel of record for Respondents, as follows:

Judry Laeb Subar
Judry.Subar@usdoj.gov
United States Department of Justice
Civil Division – Federal Programs Branch
20 Massachusetts Avenue, N.W., Room 7342
Washington, D.C. 20530
(202) 514-3969

Terry M. Henry
Terry.Henry@usdoj.gov
Senior Trial Attorney
United States Department of Justice
Civil Division – Federal Programs Branch
20 Massachusetts Avenue, N.W. Room 7144
Washington, D.C. 20530
(202) 514-4107

_____
Tara R. Kelly