IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HAMID AL RAZAK, <br><br> *Petitioners/Plaintiffs,* <br><br> v. <br><br> GEORGE W. BUSH, et al., <br><br> *Respondents/Defendants.* | Civil Action No. 1:05-CV-1601 (GK) |
| In re GUANTANAMO BAY DETAINEE LITIGATION | Misc. No. 08-442 (TFH) |

### MOTION TO WITHDRAW AS COUNSEL

Pursuant to L.C.v.R. 83.6(c), I hereby move to withdraw as counsel for the Petitioners in the above-captioned *Al Razak* action. An affidavit respecting the requirements of that rule is attached as Exhibit A.

Respectfully submitted,

*/s/ Rebecca P. Dick*
Rebecca P. Dick
D.C. Bar No. 463197
DECHERT LLP
1774 I St., N.W.
Washington, D.C. 20006
(202) 261-3329
rebecca.dick@dechert.com

August 1, 2008

## CERTIFICATE OF SERVICE

I, Rebecca P. Dick, hereby certify that on August 1, 2008, I caused to be served via electronic filing a true and correct copy of the foregoing Motion to Withdraw on counsel of record for Respondents, as follows:

Judry Laeb Subar
Judry.Subar@usdoj.gov
United States Department of Justice
Civil Division – Federal Programs Branch
20 Massachusetts Avenue, N.W., Room 7342
Washington, D.C. 20530
(202) 514-3969

Terry M. Henry
Terry.Henry@usdoj.gov
Senior Trial Attorney
United States Department of Justice
Civil Division – Federal Programs Branch
20 Massachusetts Avenue, N.W. Room 7144
Washington, D.C. 20530
(202) 514-4107

Andrew Warden
United States Department of Justice
Civil Division – Federal Programs Branch
20 Massachusetts Ave., NW Room 6120
Washington, DC 20530

_____
Rebecca P. Dick