# EXHIBIT A

Declaration of Rebecca P. Dick in Support of
Motion to Withdraw as Counsel

I, Rebecca P. Dick, make the following statements to the best of my personal knowledge and belief:

1. I am an attorney at the law firm of Dechert LLP, 1775 I St., N.W., Washington, D.C. 20006. I am licensed to practice law in the District of Columbia and the State of New York. I make this declaration in support of my motion to withdraw as counsel in *Al Razak v. Bush*, No. 05-1601 (GK) and *In re Guantanamo Bay Detainee Litigation*, Misc No. 08-442 (TFH).

2. I am unable to obtain written consent from this client to my withdrawal as counsel, because he is confined at Guantanamo Bay and I have not had an opportunity to meet with him.

3. Other attorneys at my law firm are primarily responsible for the representation of this client. He does not know my name or that I have worked on his behalf.

4. Therefore, he would be unlikely to object to my withdrawal.

5. Other counsel who are well-versed in the Guantanamo litigation are already representing this client and will continue to do so. His interests will be well served.

6. As of August 2, 2008, I will no longer be associated with Dechert LLP.

I declare under penalty of perjury that the foregoing is true to the best of my knowledge and belief. Executed on August 1, 2008.

_____
Rebecca P. Dick