# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| HAMID AL RAZAK, *et al.*, | : | |
| | : | |
| Petitioner/Plaintiffs, | : | |
| | : | Case No. 1:05-CV-1601(GK) |
| v. | : | |
| | : | |
| GEORGE W. BUSH, *et al.* | : | |
| | : | |
| Respondents/Defendants. | : | |

## MOTION FOR ADMISSION *PRO HAC VICE*

Petitioners/Plaintiffs move for the admission *pro hac vice* of Juliet Sarkessian in the above-captioned case.  Petitioners/Plaintiffs state as follows in support of this motion:

1.      Juliet Sarkessian is a member in good standing of the bars the Commonwealth of Pennsylvania, the State of New York, the State of North Carolina (inactive), United States District Court for the Eastern District of Pennsylvania, the United States District Courts for the Southern and Eastern Districts of New York, and the United States District Court for the Western District of North Carolina (inactive).

2.      Ms. Sarkessian has never been disciplined by any bar.  To the best of her recollection, Ms. Sarkessian has not been previously admitted *pro hac vice* in this Court.

3.      The undersigned is member in good standing of the bar of this Court.

Dated:  August  25, 2008                 Respectfully submitted,

                                         DECHERT LLP
                                         *Counsel for Petitioners/Plaintiffs*


                                         By: _____
                                         Tara R. Kelly
                                         D.C. Bar No. 438241
                                         1775 Eye Street, N.W.
                                         Washington, D.C.  20006
                                         Tel:  202.261.3300
                                         Fax: 202.261.3333

                                         Juliet Sarkessian
                                         DECHERT LLP
                                         Cira Center
                                         2929 Arch Street
                                         Philadelphia, PA  19104-2808
                                         Tel:  215.994.4000
                                         Fax: 215.994.2222