IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HAMID AL RAZAK, *et al.*, : | |
| : | |
| Petitioner/Plaintiffs, : | |
| : | Case No. 1:05-CV-1601(GK) |
| v. : | |
| : | |
| GEORGE W. BUSH, *et al.* : | |
| : | |
| Respondents/Defendants. : | |

**ORDER**

The Court, having considered the motion of Petitioners/Plaintiffs for the admission *pro hac vice* of Juliet Sarkessian in the above-captioned case, ORDERS that the motion is GRANTED.

Date: _____, 2008            _____
                                               JUDGE