IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Hamid Al Razak,** )<br>)<br>*Petitioner/Plaintiffs,* )<br>)<br>)<br>v. )<br>)<br>**GEORGE W. BUSH**, *et al.* )<br>)<br>*Respondents/Defendants.* )<br>) | Civil Action No. 1:05-CV-1601<br>(GK) |
| **In re GUANTANAMO BAY DETAINEE LITIGATION** )<br>)<br>) | Misc. No. 08-442 (TFH) |

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to L.C.v.R. 83.6(c), I hereby move to withdraw as counsel for the Petitioners in the above-captioned *Al Razak* action. An affidavit respecting the requirements of that rule is attached as Exhibit A.

/s/ Nauman S. Malik
Nauman S. Malik
DECHERT LLP
1775 Eye Street, N.W.
Washington, D.C. 20006
(202) 261-3387
Fax: (202) 261-3333

*Counsel for Petitioners*

Dated: August 28, 2008

# EXHIBIT A

Declaration of Nauman S. Malik in Support of
Motion to Withdraw as Counsel

I, Nauman S. Malik, make the following statements to the best of my personal knowledge and belief:

1. I am an attorney at the law firm of Dechert LLP, 1775 I St., N.W., Washington, DC 20006. I am licensed to practice law in the District of Columbia and the State of New York. I make this declaration in support of my motion to withdraw as counsel in *Al Razak v. Bush*, No. 05-1601 (GK) and *In re Guantanamo Bay Detainee Litigation*, Misc. No. 08-442 (TFH).

2. As of August 30, 2008, I will no longer be associated with Dechert LLP as I am leaving employment with Dechert LLP.

3. I am unable to obtain written consent from this client to my withdrawal as counsel, because he is confined at Guantanamo Bay and I have not had the opportunity to meet with him.

4. Other attorneys at my law firm are primarily responsible for the representation of this client. He does not know my name or that I have worked on his behalf.

5. Other counsel at Dechert LLP who are well-versed in the Guantanamo litigation are already representing this client and will continue to do so. The client's interests will be well served.

6. Therefore, he would be unlikely to object to my withdrawal.

I declare under penalty of perjury that the foregoing is true to the best of my knowledge and belief. Executed on August 28, 2008.

_____
Nauman S. Malik

**CERTIFICATE OF SERVICE**

I, Nauman S. Malik, hereby certify that on August 28, 2008, I caused to be served via email a true and correct copy of the foregoing Motion to Withdraw on counsel of record for Respondents as follows:

Judry Laeb Subar
Judry.Subar@usdoj.gov
United States Department of Justice
Civil Division - Federal Programs Branch
20 Massachusetts Avenue, N.W., Room 7342
Washington, D.C. 20530
(202) 514-3969

Terry M. Henry
Terry.Henry@usdoj.gov
Senior Trial Attorney
United States Department of Justice
Civil Division - Federal Programs Branch
20 Massachusetts Avenue, N.W., Room 7144
Washington, D.C. 20530
(202) 514-4107

Andrew I. Warden
Andrew.Warden@usdoj.gov
Trial Attorney
United States Department of Justice
Civil Division - Federal Programs Branch
20 Massachusetts Avenue, N.W., Room 6120
Washington, D.C. 20530

Nauman S. Malik