## CERTIFICATE OF SERVICE

I certify that, on Sept. 3, 2008, I caused to be served a true and correct copy of the

foregoing Motion for Admission *Pro Hac Vice* and the Declaration of Brian R. Decker, by first

class mail, postage prepaid on the following persons:

> Preeya M. Noronha
> Preeya.Noronha@usdoj.gov
> United States Department of Justice
> Civil Division – Federal Programs Branch
> 20 Massachusetts Avenue, N.W., Room 7226
> Washington, D.C.  20530
> (202) 514-3338
>
> Terry M. Henry
> Terry.Henry@usdoj.gov
> Senior Trial Attorney
> United States Department of Justice
> Civil Division – Federal Programs Branch
> 20 Massachusetts Avenue, N.W., Room 7144
> Washington, D.C.  20530
>
> Andrew I. Warden
> Andrew.Warden@usdoj.gov
> Trial Attorney
> United States Department of Justice
> Civil Division – Federal Programs Branch
> 20 Massachusetts Avenue, N.W., Room 7144
> Washington, D.C.  20530

**Tara R. Kelly**