IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HAMID AL RAZAK, *et al.*, | : |
| Petitioner/Plaintiffs, | : |
| v. | : Case No. 1:05-CV-1601(GK) |
| GEORGE W. BUSH, *et al.* | : |
| Respondents/Defendants. | : |

**ORDER**

The Court, having considered the motion of Petitioners/Plaintiffs for the admission *pro hac vice* of Joseph K. Hetrick in the above-captioned case, ORDERS that the motion is GRANTED.

Date: _____, 2008

_____
JUDGE