IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br>**GUANTANAMO BAY**<br>**DETAINEE LITIGATION** | Misc. No. 08-442 (TFH) |
| **HAMID AL RAZAK, et al.,**<br>*Petitioners/Plaintiffs,*<br>v.<br>**GEORGE W. BUSH, et al.,**<br>*Respondents/Defendants.* | Civil No. 05-CV-1601 (GK) |

### NOTICE OF PETITIONERS' RESPONSE TO RESPONDENTS' MOTION FOR RELIEF FROM SCHEDULING ORDER

Petitioner Hamid al Razak, a.k.a. Haji Hamidullah (ISN 1119) joins in "Petitioners' Response To Respondents' Motion For Relief From Scheduling Order," referenced in the "Notice of Filing And Summary Of Petitioners' Response To Respondents' Motion For Relief From Scheduling Order" filed in *In Re: Guantanamo Bay Detainee Litigation*, Misc. No. 08-442 (TFH), on September 8, 2008 (document 357).

Respectfully,

Date: September 9, 2008

*/s/ Peter M. Ryan*
Peter M. Ryan

Tara R. Kelly
Attorney #438241

Dechert LLP
1775 I Street, N.W.
Washington, DC 20006
Tel: (202) 261-3329
Fax: (202) 261-3057

George G. Gordon
Peter M. Ryan
Juliet Sarkessian
Dechert LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808
Tel: (215) 994-4000

Daniel C. Malone
Dechert LLP
30 Rockefeller Plaza
New York, NY 10112
Tel: (212) 698-3500

Counsel for Petitioners

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of September, 2008, I caused the foregoing Notice Of Petitioners' Response To Respondents' Motion For Relief From Scheduling Order to be filed with the Court and served via e-mail on counsel for Respondents as follows:

Judry Laeb Subar
Judry.Subar@usdoj.gov
United States Department of Justice
Civil Division – Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C. 20530

Terry M. Henry
Terry.Henry@usdoj.gov
United States Department of Justice
Civil Division
20 Massachusetts Avenue, N.W.
Washington, D.C. 20530

/s/ Abraham J. Rein
Abraham J. Rein