**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
:
**HAMID AL RAZAK**, et al.,        :
:
    **Petitioner**,                :
:
    v.                            :      **Civil Action No. 05-1601 (GK)**
:
**BARACK H. OBAMA**, et al.,       :
:
    **Respondents**.              :
_____:

## ORDER

A Joint Status Report [Dkt. No. 188] was filed in this case on March 2, 2009. Upon consideration of the representations of the parties, and the entire record herein, it is hereby

**ORDERED**, that, consistent with the wishes of the Petitioner, habeas corpus litigation will proceed under the guidelines prescribed by the Court's Case Management Order #3 ("CMO"), as modified herein; and it is further

**ORDERED**, that Respondents have until **March 20, 2009,** to submit any revision of their legal justification for detention; and it is further

**ORDERED**, that by no later than **5:00 p.m., March 13, 2009,** parties shall submit a brief containing their position as to the appropriate definition of "enemy combatant." Parties are also required to indicate what, if any, response they have to footnote one of the recent Court of Appeals decision in Kiyemba v. Obama, No. 08-5424, slip op. at 3 n.1 (D.C. Cir. Feb. 18, 2009); and it is further

-2-

**ORDERED,** that Respondents have until **April 1, 2009,** to comply with their obligations under §§ I.D.1 and I.E.1 of the CMO; and it is further

**ORDERED,** that Petitioner must file his traverse **within 30 days** of the date on which Respondents certify their compliance with § I.D.1 of the CMO; and it is further

**ORDERED,** that motions for judgment under § III.A.1 of the CMO are due **within 14 days of the completion of all discovery,** as provided for in §§ I.D.1, I.E.1, and I.E.2.

|  |  |
|---|---|
| March 4, 2009 | /s/<br>Gladys Kessler<br>United States District Judge |

<u>Copies to</u>:  Attorneys of Record via ECF