UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

HAMID AL RAZAK, :
:
        Petitioner, :
:
v. : Civil Action No. 05-1601 (GK)
:
BARACK OBAMA, *et al.*, :
:
        Respondents. :

## ORDER

On October 5, 2016, the Court of Appeals vacated and remanded the Court's Memorandum Opinion of March 29, 2016, and instructed this Court to dismiss the case as moot.

**WHEREFORE**, it is this 20th day of December, 2016, hereby

**ORDERED**, that this is case is hereby **dismissed as moot**,

 

_/s/ Gladys Kessler_
Gladys Kessler
United States District Judge

**Copies via ECF to all counsel of record**